170 A.3d 938

KEAN FEDERATION OF TEACHERS, JAMES CASTIGLIONE, AND VALERA HASCUP, PLAINTIFFS–RESPONDENTS, v. ADA MORELL, DEFENDANT, AND BOARD OF TRUSTEES OF KEAN UNIVERSITY, AND KEAN UNIVERSITY, A BODY CORPORATE AND POLITIC, DEFENDANTS–APPELLANTS.

September 22, 2017

ORDER

It is ORDERED that the motion of the Libertarians for Transparent Government for leave to as appear amicus curiae is granted, limited solely to the brief that accompanied the motion. The

parties may serve and file briefs in response on or before October 23, 2017.